UNITED STATES DISTRICT COURT

LAS VEGAS DISTRICT OF NEVADA



Aimee O'Neil,

    Plaintiff,

V.

                                 2:20-cv-02362-KJD-NJK

City of Oswego,

    Defendant,

## ORIGINAL COMPLAINT

### JURISDICTION

1. This action contains complaints for declaratory relief and damages,

Is brought against the defendants to secure due process, equal protection,

fair procedure, and other rights, privileges, and immunities guaranteed

to the petitioner by The United States Constitution.

2. Jurisdiction is invoked under The United States Code as follows:

A. 28 U.S.C. 1331 in that the matter in controversy exceeds the sum of

$10,000, exclusive of interest and cost, and arises under The United States

Constitution and laws of The United States. U.S.C. 1961, R.I.C.O.

EXTORTION  and RETAILIATION FROM EXTORTION.

B. 28 U.S.C. 1332 ( a ) ( 1 ) in that the action arises between citizens or

Entities of two different states.

C. 28 U.S.C. 1343

( 1 ) To recover damages for injury to his person or property or deprivation

Of any right or privilege of a citizen of The United States, by an act done in

Furtherance of any conspiracy mentioned in Section 1985 of Title 42:

D. Violation of The 4th Amendment, The 5th Amendment, The 8th

Amendment, The 14th Amendment.

VENUE

The plaintiff is a resident of The State of Nevada, City of Las Vegas;

At 9717 Sandmist Avenue, Las Vegas, Nevada 89134.

The defendant is the City of Oswego, City Attorney, 13 West Oneida Street,

Oswego, New York 13126.

The acts are arising in the jurisdiction of Las Vegas, Nevada. The defendant's

Are out of their jurisdiction.

BACKGROUND

1. The plaintiff alleges a ongoing pattern of discriminatory behavior

That started immediately  after a Morgan O'Neil, daughter of the

Petitioner, started making demands for money, by saying, you need to

Pay for this and you need to pay for that and if you don't,

The plaintiff alleges, that this was extortion and because the plaintiff

Refused to engage in conduct of questionable circumstances, she was

Retailiated against, as Morgan O'Neil, is working for an Oswego City

Cop, named Joe Brancato. Morgan O'Neil is a heroin addict, who uses

Needles as a form of addicted behavior. The plaintiff is under absolutely

No obligation to be put into such circumstances, as the plaintiff is

Physically disabled and she will NOT be told by a addict who was caught

Trafficking heroin in Syracuse, New York, multiple times. She is looking

For resources to extort. The plaintiff refused to engage in any activity

Forced upon her and all kinds of discrimination, targeting, retailiation

Began, including influencing co-workers, supervisors, alleging gender

Discrimination to engage in what we could call trying to "FORCE"

Guilt, when there is no relationship. This Morgan O'Neil, is entirely

Different story. As she has robbed deceased people, Bobby Odin Jr.

In Oswego, NY, by selling him bad heroin for a overdose, dragging

The body to the road and robbing the body. We have Fran, that overdosed

With Morgan O'Neil, and she robbed this body to support her heroin

Addiction instead of getting treating, The City of Oswego, Joe Brancato,

Is aiding and embedding a drug addict, I will not participate in any such

Activity that involves money with her. Joe Garett, she robbed Joe Garett,

In Oswego, NY, and used this money to sell and make more money selling

Heroin as I TRIED EVERYTHING TO STOP  THIS MONEY LAUNDERING.

So, at my job, my supervisor asks me do you have children, yes and they are

Married without health problems, in a calculated by communicating false

Hoods to my supervisors, my supervisor, said I am proud of my co-worker,

My supervisor said, because she traveled to see her daughter.

## ISSUES

2. The plaintiff has SERIOUS LIFE THREATENING HEALTH ISSUES.

3. These health issues state do NOT travel

4. The plaintiff purchased her wedding dress in July 2020, and a calculated

Plan by Morgan O'Neil, laughing at the  plaintiff saying, you wouldn't

Pay me, so you cannot marry Mark, once again I laughed, coming from a

Female who is  so incompetent, how could she do anything?

5. The plaintiff was told by David Mahoney, that Morgan O'Neil was

Pulling some conspiracy  to use a warrant at my job, to induce what

Would be some type of guilt. This has gone on since July of 2020,

Because I refused to engage in any such conduct with this person,

Who is now interfering with my rights.

6. My right to medical treatment of my choice

7. Violating my privacy, I want no part of this individual, as see attached,

She has stolen my motor vehicle, my purse, my credit cards, on the last trip

To New York, she stole everything including my clothes and my supervisors

Were not informed of the accurate truth, so in other words, if I don't support

Her drug addiction, I am retaliated against by a corrupt cop, who allowed her

To make deals involving heroin, so she could extort money from me. I refuse,

I don't want to discuss with people at my job, including supervisors, as my

Job has nothing to do with situations in New York. My right to privacy

Has been breached by exposing horrible  things involving her in manslaughter

Cases, and if my supervisors were smart they would not be involved, as we

Have multiple manslaughter cases, one of them involving a friends son. I

Have no comment, I will not endorse and forced extortion.

8. Associating with Morgan O'Neil, is not a forced decision. Someone who

Attempts to involve duress in the obtainment of money by the misuse of

Police power, is in just. This is personal decision; This is a personal family

Matter, as I am the parent, I make the decisions and a corrupt cop assisting

In extortion to support a heroin should be terminated from employment

Immediately.

9. I cannot go around doing this to my parents, nor would I violate

Ethical, professional standards of morals to obtain drugs.

10. The plaintiff alleges as soon as she purchased her wedding dress, a

Campaign to organize against her getting married began, in which I was

Told I cannot marry Mark because they are directly obstructing my right

To marriage out of duress, coercion, fraud, intimidation, retaliiation, and

Deceit.

11. Morgan O'Neil uses heroin on a daily basis, I don't want anyone knowing

This, especially at my job as than it appears that I am making bad decisions

By endorsing a heroin addiction. The plaintiff had every right to refuse and

Not face retaliiation over extortion.

12. Morgan  O'Neil said  she was going to obstruct my right to medical in

A calculated plot, by involving what appeared to be drug addicts who

Were following me around all summer saying, SORRY, SORRY.

13. Morgan is dangerous and destructive and is involved in activity

That I don't want any  lawful  endorsement of

14. The plaintiff alleges that making deals with a cop over drugs to

Force a federal felony, in which, I demand criminal charges of extortion,

As Morgan would influence customers to come into the restaurant I work

At, most were and create some form of plot, such as ordering food and

Walking without paying, only to my tables, no other server, ordering

Bunches of food and sending it back, complaining, disrupting the

Dining room, as the  plaintiff has been a server for many years, she knows

When something isn't right.

15. This is a official misuse of power

16. This ia a abuse of power

17. This is discrimination

18. This is violating my privacy at my job as a warrant is not used for the

Purpose for personal family relations of supporting illegal activity at my

Place of employment, as the plaintiff alleges after refusing to participate

In any activity involving Morgan O'Neil, a calculated plan of gender

Discrimination with Gloria Mazzoli, a stranger  who hates me and Charlene

O'Neil, who hates me felt they could organize and target me and we are

All in court, New York State. Florida. Charlene O'Neil and Gloria Mazzoli.

These are all the players, see cases...

***Aimee O'Neil v. NYS, Gloria Mazzoli, *****

Aimee O'Neil v. Florida, Charlene O'Neil, 8:20-cv-1451-T36J55

Aimee O'Neil v. Charlene O'Neil, HATE CRIME

Aimee O'Neil v. Gloria Mazzoli and Charlene O'Neil, A-20-815618-C,

Nevada Eighth Judicial District

The calculated plan was to obstruct medical treatment at Harvard University

For metal poisoning and interfere with my right to marriage as the defendants

Feel they have this authority of having to WATCH, STALK, HARASS, and

INTIMIDATE who I date, while Morgan dates every heroin dealer in upstate

New York and nobody says a word. This is the complete of circle of what needs

To stop at my job, my home, my right to filing cases of justice, as my degree is

In law and the defendants attempt to harass me and lie about my education.

19. This is a jealous vendictive targeting plot, conspired by two or more

People across state lines to obstruct my rights, including privacy for

Medical which is HIPPA, and they refuse to accept they are  violating federal

Law.

19. They tapped my phone so I cannot get a better job with my  education

Because they want they want to keep me there to keep influencing

Management with this organized plot and influencing customers to do

Outrageous acts. The right to free speech is paramount

20. The right to free will, is a paramount choice

21. The right to happiness is protected by The United States Constitution

22. The right to be left alone

23. Gloria Mazzoli is the ring leader, conspirator, and organizer, in a

Maliscious plot of calculated hate to promote, entice, and organize a

Plot of gender discrimination by encouraging pstchological warfare, by

Guilt, using other people, threatening obstruction of justice, threatening

Almost daily at work, on plots to tamper with justice, to interfere with

Objectiveness, and CEASE AND DESIST, as Mr. Hunt, retired head of

The New York State Police knows she carefully organized a scheme

Across state lines with two or more people to deprive me dozens of

Rights. Using Morgan O'Neil, is just a absolute outrage.

24. This activity violates multiple constitutional amendments starting

With my right to due process, to confront my accuser and to STOP this

Activity in full necessity

25. 18 U.S.C. Conspiring to injure and oppress a enjoyment of rights,

Including the direct right  of being  left  alone

26. 18 U.S.C.2101 Traveling across the State lines  to disrupt with the

Intent to disturb, conspire, oppress, influence, and entice; has been

Violated. The plaintiff could have had a normal relationship at her

Discretion with Morgan O'Neil, as it is the plaintiff's direct choice

As to personal relations and how they  are delegated, not Gloria Mazzoli,

Who has some sort of "pull" or unentitled privilege; but the plaintiff has

DVT, a serious life threatening medical condition of blood clot, blood

Clotting problems and these charectors are directly interfering with

Medical directives, of unnecessary travel, unless it is ordered by her

Treating Dr. at Harvard. These charectors have a personal issue with

Harvard and have chose to entice a campaign of hate to expose the

Plaintiff's health to second party people which  directly violates HIPPA.

Such as the plaintiff's supervisor making comments about the plaintiff

Not traveling. The plaintiff is physically disabled; in normal circumstances,

We plan a meeting at a wedding but they chose a course to obstruct the

Plaintiff;s the right  to a wedding out of hate and  jealousy and they  influence

Potential  witnesses, co-workers, landlords with distorted patterns of

Harassment to the plaintiff, once again who has seizures, metal poisoning,

Acute Hemmorhagic Compartment Syndrome, DVT, ect.

27. This plan carried out a plot to tap my phone, which interferes with the

First Amendment, Free Speech, to control relations or they influence,

Such as Morgan, who was a puppet for the ring leaders, Charlene O'Neil

And Gloria Mazzoli, who chose these decisions.

28. This infringement, for example, a job interview at Circa Casino, as

A Ambassador, The plaintiff, by a plot of the City of Oswego, actors,

Who communicate messages to the plaintiff in these plots which include

Obstructing the right to  employment, as I am accusing them of direct

Interference with objective rights of prosperity out of jealousy and revenge.

29. They release plots to say, I can't live in Las Vegas, the last I checked, I

Can choose where I want to reside.

30. 18 USC 248, freedom of accessing medical procedures of my choice

Without intimidation or interference by unknown organizing caused by

Conspirators

31. !8 U.S.C. 2101 promoting, encouraging, and disrupting job stability

Including overt acts with the intent to disrupt, disable, harass, exploit,

Disturb, interfere with the enjoyment of OBJECTIVE job obtainment

Without conspiring. Without prejudice. Without influencing someone

Against, its so obvious, a clear incompetent can see it.

32. 18 U.S.C. 371, mobbing at the Circa job interview, which was held

At Golden Gate Casino. The City of Oswego followed the plaintiff to the

Bus terminal at Bonneville Center. Had the plaintiff sexually harassed,

While waiting for the bus, it was The City of Oswego, and they openly

Admit in a plot saying, SORRY, your not getting, all this unnecessary

Drama in a plot of trying to control a outcome in the legal system,

That's what they are communicating.

33. 42 U.S.C. 1983-1985, someone acting under the color of State Law

Who has deprived a person a right by the Constitution, Slicker v.

Jackson, 215 F 3d, 1225, 1227, 11th Circuit 2000.

34. The direct interpretation is, if I refuse to sustain ethical standards

And discourage such activity that directly violates the law they retailiiate

In a carefully carried out plot to control where I am employed so they can

Do the following:

1. Harass
2. Intimidate
3. Communicate
4. exhibit a pattern of distorted and disturbing behavior that violates my Rights
5. NOW….. they are using people to intimidate me about reporting their Actions to court, from filing a case, trying to directly obstruct my rights by Intimidation, as I have taken every reasonable effort to make them stop, Involving the courts is the last resort

35. The plaintiff was previously employed Amanos Pizza in Las Vegas, and

These defendants calculated a plan with the owner, to have both managers

Leave the restaurant 8 pm, something NEVER done, and have a co-worker

Chase her around the kitchen sexually harassing the physically disabled

Plaintiff, on camera, to intentionally say, how do you know he is going

To marry you, this man corned the plaintiff on camera subjecting her to

Sexual harassment which was reported and intimidation in plot that wasn't

Really carefully planned, as EEOC worker, Juan Serrata, investigated this

Plot and knows they are all conspiring sick, hateful, destructive, harassing

Plots out of HATE, but got caught red handed. They are now trying

Possible way to interfere with employment now by harassment, influencing

Supervisors in direct plot to cause intentional harm against the physically

Disabled plaintiff, which is accurate for a R.I.C.O. complaint of Organized

Crime and activity of corruption and fraud that directly is carried out in

Organized campaigns against the rights of an individual, who has a lawful

Obligation to report such activity, dismember it, dissolve it, and rectify the

Situation to lawfulness by holding those involved accountable for calculated

Conspiring of R.I.C.O. under Federal Laws. The plaintiff has done absolutely

Nothing. She has chosen to disassociate with individuals of questionable

Backgrounds and out of revenge, hate, and conspiracy these organized

Criminals have continued to carefully "plot" activites of revenge that

Disrupt, disturb, and interfere with rights, including the right of a

Physically disabled individual's right to gainful legitimate employment

Without  the knowledge of the defendants, these defendants continue

Plots of recourse, for no reason, as a source of control.


36.  18 U.S.C. 1961, R.I.C.O, any threat involving extortion is grounds

For a R.I.C.O. complaint as this  activity began immediately after the

Threat, if I don't pay you, this is what will happen.

37. The plaintiff shrugged it off and carried about her life by cleaning up

These litigants by accountability to stop, deter, and engage in activity that

Disrupts normal living. This is absolutely not normal, and no lawful person,

In good faith should be forced into any such activity that compromises bad

Decisions, integrity, honesty, and humanity; as the plaintiff has a obligation

To hold multiple defendants accountable for participating in activities that

Interfere with legitimate  lifestyle decisions of free will.

38. The Fourth Amendment to The United States Constitution of unreasonable

Search and seizure, includes the intrusion into the private affairs or concerns

Of Public Exploitment.

39. The United States District Courts have held that a private party has a

Right, and can recover from damages caused for injury to his/her property.

40. U.S.C. Sec. 552 a ( g ) Civil Remedies
41. The Fourth and Fifth Amendment that deprives life, liberty, and

Freedom without due process. The Eighth Amendment and Cruel and

Unusual Punishment by means of torturious extortion, by the plaintiff

By subjecting the plaintiff into a situation that compromises integrity

And beliefs not endorsed by the defendants.

42. The failure to ignore equal protection of the law, as a cop, Joe

Brancato, has crossed all lines of decency and integrity, Mandamus

Roofing v. Peters, 876 E 946 Supp.

43. 5 U.S.C. 552 a ( g ), actions of the defendant have caused great

Embarrassment and distress; these acts were intentional, and have

Taken the defendant ( s ), to carefully plan and calculate such disturbing

Acts that are completely unnecessary.

44. The Fourth Amendment against unreasonable search and seizure,

Violates privacy and deprives the plaintiff of any right or privilege of

A citizen of The United States, by any act done in furtherance of a

Conspiracy, including R.I.C.O, also in section 1983 of Title 42., which

Allows for recovery of damages for a person who fails to prevent or aid

In preventing any wrongs mentioned in Section 1985  of Title 42, which

He had the knowledge were about to occur and power to prevent.

45. To recover damages or to secure equitable or other relief under any

Acts of Congress providing for the protection of civil rights.

A. 28 U.S.C. 2201 and 2202
B. 42 U.S.C. 1981
C. 42 U.S.C. 1985 and 1986

46. The plaintiff alleges another conspiracy of rights, that the City of

Oswego, started this gender discrimination, and has allegedly used the

The plaintiff deceased grandmother, as a targeting mechanism to conspire

And interfere with the right to marriage.

## ARGUMENTS

1. The plaintiff is bound to show they have had been deprived a right by

The United States Constitution. They must secondly show that Flagg

Brothers deprived them of this right, " under the color of any statute."

It is clear that these two elements denote separate areas of inquiry.

Adickies v. S.H. Kress Co., 398 U.S. 144, 150 90 S. Ct. 1598, 1604.

261, Ed. 2d 142 ( 1970 ). 436 U.S. at 155-156, 98 S. Ct., at 1732-1733.

2. Within the meaning and interpretation of 1983 when corrupt officials

Power organizes and compromises the INDEPENDENCE of the plaintiff

To a significant degree, which it has, under Flagg Brothers, The United
States Court of Appeal's a State Action can be heard under the Fourteenth

Amendment and The Fourth Amendment of The United States Constitution

States an individual may bring a civil action in a Federal District Court:

1. Intrusion of Solitude
2. Appropriation of name
3. Public Disclosure of Private Facts by disclosing confidential health
Issues to exploit, which created a prejudice against medical treatment by
Releasing confidential medical from the interception of my texts to second
Party who have legitimate interest but are now influenced in a prejudice
To obstruct, interfere, harass, intimidate as a vengeful R.I.C.O. conspiracy
4. False Light, I am confident that Morgan O'Neil, is not informing people
Subjected to duress by forced inducement of R.I.C.O. activity that the
Extortion is to support racketeering and extortion, I am certain these second
Party people are misinformed as to what they are actually engaging in, especially
The release of blood poisoning to second party people, who by law have no
Legitimate, lawful purpose to interfere with

U.S.C. Sec. 552 a ( g ) civil remedies

1. The plaintiff alleges that an intrusive and invasive deprivation of privacy

By exploitation of extortion has in deed occurred. Multiple, including dozens

Of witnesses can be brought in over this unnecessary corruption and fraud.

That the deprivation of privacy through unlawful search and seizure by police

Brutality of Joe Brancato, from The Oswego Police Department, has directly

Interfered with my health, my employment, my stability, my livelihood, my

Right to marriage, my right to indepent decisions and choices without the

Knowledge of the parties listed above, who hold no lawful vested interest in

Formulated a health habitat for the plaintiff to thrive in, instead have chose

To intentionally conspire, as a group, with professional and ethical standards

Applicable to the findings formulated by law, as none of the parties listed

Above have concluded a lawful, logical, or reasonable plan that doesn't interfere

With one's rights. None of them have any right to be interfering with me, my

Future, my right to marriage, my right to employment, my right to medical

Privacy, Free speech on my phone, the right to pursue happiness and the right to

Endure a relationship with a man that I have ben with without there knowledge,

Its none of their business. Morgan is married, I don't even know this man, Im

Not obstructing her right to a new marriage, ITS NOT UP TO MY DISCRETION

AS TO WHO SHE MARRIES, IT IS A FREE CHOICE, Morgan can marry

Whoever she wants, as long as she isn't related to them. My daughter, is

Another one off with a man. Its none of my business who she resides with,

cohabitates with, or shares her life with. She is of legal age to pursue this

decision without interference. Gloria Mazzoli, and Charlene O'Neil, do not

interfere with their relationships but consistently have organized this plot

to disrupt and disturb my right to marriage without just cause and direct

prejudice with Morgan O'Neil. None of these individual's has a right to tap my phone to become the "relationship police," Its absolutely against all of my rights to be harassed, interfered with, conspired against, and intimidated over my choices by alleging false light, making up defamations to substantiate their right to follow me. Morgan O'Neil is not in any capacity able to provide assistance or recommendations into the personal decisions, as she chooses to inject heroin daily and is an incompetent by law. She has chose no rehabilitation and openly admits to usage of felony drugs and that lifestyle daily, without involving me, my decisions, my goals, and my rights by attempting to influence, exploit, and interfere at my job with scenarios now such as, " he won't marry you, how do they know this?" Last July 2020, I was pulled over driving on my way to my storage unit, in which the officers had only goal, to attempt to influence where I live by saying, I have a history, which is a opinion, not a fact, but a prejudice in purpose. Immediately after dropping off wedding gifts for my boyfriend at the storage unit, the storage unit was broken into, and the it is easy to assume Charlene O'Neil, Morgan O'Neil, and Gloria Mazzoli all conspired to break into that after having the cops see gifts for my future nuptuals to destroy, break, and steal everything, looking for that wedding dress that they knew I purchased but had on

person with me. This just continues the plots they carry out and calculate,

to disturb, disrupt, and interfere with my life and than Im the bad guy for

feeling natural emotion caused by induced acts of conspiratal hate. It

wasn't necessary to influence the cop to see what wedding gifts I bought,

as the cops did nothing but search the vehicle and communicated

with someone, because they asked me where I was going, I responded

to my storage unit, as I had just left the Art District, with a gift of

significance for my upcoming wedding in which, I told the officers,

Im getting married, look at my wedding dress, and they refused to

Hear this, as a premeditative plot was already there as hindsight is

20/20, the storage unit was immediately broken into, one plot, after

Another plot, after another to create obvious distress, for no reason.

The plaintiff can absolutely get married and this plot, right here, involved

Cops, conspirators, and a prejudice for no reason, a presumption of

Wrong doing and interference on rights exists.

2. In this case of Nadar v. General Motors, 25 N.Y. 2d, 560, 1970,

In which G.M. conducted an intrusive campaign of intimidation against

Nadar who was writing a book. Nadar was objective in his publishings,

Being from Harvard, the ethical standards of professionalism are

Are held to the highest levels. Nadar was harassed, intimidated, exploited,

And was followed in an organized plot to discredit his book. They attempted

To interfere in Nadars marriage by sexual harassment campaigns against

Nadar, interfering with his finances. Nadar refused to compromise his

Integrity and continued to write his book and General Motors stalked,

Harassed, intimidated, thus identifying a case of exploitment and

Conspired harassment, that oppresses personal rights, decisions,

And laws. Police Power is regulated as if gone to far will be recognized

As the taking of property for which just compensation must be paid.

Thus, the means employed to affect its exercise may neither be arbitrary

Nor oppressive but must bear a real substantial relationship to an end that

Is public, specifically public health or morals or by other aspects of general

Welfare, by intimidation, intrusion, excessive force, manipulation and

Corruption. To meddle in one's affairs with the intent to disrupt, disturb,

Or oppress the person's life out of a conspiracy of abuse of power, excessive

Power, satisfies the elements if proven beyond a reasonable doubt.

3. The plaintiff requests an order removing Joe Brancato from official

Government duty, 18 U.S.C. 1905, which provides in part for the removal

Of an official who has gone beyond the bounds of lawfulness, shall be

Removed from office or position.

4. The plaintiff most recently filed written complaints at her place of

Employment alleging that one or more of these parties is attempting to

Exploit her relationship by alleging intentional interference of lawful

Justice, by alleging they are going to tamper by corruption, ect. The

Plaintiff filed a written complaint, so a paper trail was inexistence and

Was intimidated by a co-worker for having to do so. The plaintiff must

Report any acts of possible conspiring of rights without a warrant, as

She contacted the person of delegation to inquire about an existing

Warrant that would use personel in a capacity, of not informants, as this

Is a kitchen/dining restaurant, not a place for carrying about conspiracies,

Especially exploiting health, marriage, ect.

5. The State of Florida with Charlene O'Neil has failed to respond to

Three certified motions, one including summary judgment.

6. This is the ring leader, Gloria Mazzoli, with New York State, have

Failed to respond to any motions, defend their position, or deny such

Involvement.

7. Morgan O'Neil with Joe Brancato and The City of Oswego, it can

Easily be inferred that a calculated plan to disable my entire life, force

Me to say, your not doing good by intentional acts of misconduct purported

In a scheme to mastermind over authority that violates federal law and

Regulations, by targeting me in a negative manner to deliberately exploit

My life, my relationship, my health.

8. I went to obtain an x-ray, and it was a literal conspiracy to obstruct the x-ray, because one or more of the defendants is involved in covering something up, in which they didn't want an x-ray to transpire.

9. Mr. Leigh Hunt, the retired chief of Syracuse Police and the Retired head troop D of The New York State Police told all involved, Told these parties to Cease and desist. Not conspire more, not continue, They have chosen to continue, as we are now in court.

10. Mr. Leigh Hunt was retained for personal investigative services Including trying to stop this direct targeting, harassment, and disturbance, So the plaintiff can enjoy her life. They refuse by their own choice and I Have other means of stopping them except by direct intervention of the Courts.

10. In the latest scheme, whether the defendant is working alone, or There otherwise, they influenced the plaintiff's landlord for a no Reason eviction; interpreting this as another way to show, they have This power to create control by duress. By influencing a third party to Get involved, in a calculated carried out plan, that they have crafted Against me.

11. 18 U.S.C. conspiring against my rights. My right to enjoy my job.

The right to marry who I choose. The right to pursue my personal

Interests and choices free of subjected influence of prejudice authority.

12. 18 U.S.C. Disclosing of Confidential Information involving my

Medical to third party people to organize a prejudice pattern of

Behavior, even going so far as to having third party people

Communicate they want my internal organs to fail. Who talks

Like this?

13. When two or more people conspire to go on the highway in

Disguise for the purpose of depriving one a right, either directly or

Indirectly, to equal protection of the law or privileges by preventing

Constitutional rights, the duration of the conspiracy is that the

Conspirators took steps to bury their trail in order to avoid detection

And punishment 22 U.S. 399, 353 U.S. 404-405. A calculated plan to

Cause the plaintiff emotional harm may be regarded as so extreme and

Outrageous as to permit for the recovery of emotional distress, as no

Person in this scheme has the lawful authority to interfere with equal

Protection.

14. Another example of prejudice lies; The plaintiff alleges multiple

Co-workers were influenced to "tell" the plaintiff she has a husband,

By the cruel and unusual punishment of providing false light, which

Is absurd. The plaintiff purchased a wedding dress, was excited about

Upcoming marital plans, when a intentional conspiracy broke out to

Demise and interfere with free will, goals, the pursuit of happiness,

The right to live free from demised plots, such as linking her to a

"fake marriage", where the plaintiff is subjected to defend herself

From demised lies that are meant  to interfere with her relationship

But are told by a conspirator, with some continuing type of plot, that

Is harmful, hurtful, embarrassing, demising, and schemish. Very

Organized and carefully calculated.

15. The plaintiff multiple conspiracies are carefully planned out in

An attempt that causes emotional  distress of a victim and have continued

With no remorse. The plaintiff alleges multiple people, not her boyfriend,

Attempt to discourage the plaintiff from demanding this activity stop by

Engaging in lawful motions to the courts alleging multiple acts that are so

Many, I could list hundreds, this gives a basic idea.

16, The plaintiff alleges that because she refused to pay Morgan O'Neil,

For lawful purposes, she has experienced non stop duress, targeting,

Intimidation, interference, threats of all kinds, and the plaintiff has

Asked multiple courts to directly intervene to protect her health and

Safety as they refuse to stop. They threaten to tamper with litigation.

They threaten to plot against her rights. They threaten to plot against

Lawful objective justice in the courts, by which the plaintiff has an

Absolute right to turn to the courts for direct legal intervention of

Accountability and to cease and desist. The plaintiff has an absolute

Right to life, liberty, and freedom to pursue happiness within the

Bounds of the law without undue prejudice and formulated discrimination

Carefully organized and masterminded in a scheme to purport the overt

Acts that are both criminal and civil, as Morgan O'Neil should be charged

With extortion, I did file a report with The New York State Police via email

Regarding extortion. The defendant, knowingly and intentionally chose to

Ignore such acts of law biding and chose to encourage further disruptive

Plots involving direct suppression of rights, liberties, and freedoms enjoyed

By all without any interference from corruption, fraud, or intentional

Misconduct. Morgan O'Neil has engaged in acts purporting that she  is

A "cop" in Las Vegas. She has had second party people attempt to communicate

That I should NOT report this or file a Federal Complaint, when the plaintiff's

Aunt is a retired fed. This child of immaturity, has no lawful businesss

Threatening verbally on the phone to engage in unlawful acts of corrupt

Fraud to interfere with my upcoming marriage, in which I thought nothing

Of it and shrugged it off, until it has gone to far. Right up to yesterday, she

Had a roommate say, " you better face the fact your world is glass." I don't

Know what these threats are designed to mean but I have a obligation to get

This situation under control, as she is out of control, see sxhibits 1 and 2.

Two Counts of heroin trafficking. Her family, her father, is involved in a

Racketeering, and she has been trying really hard to ruin my life

With help around the city by linking me to racketeers in Oswego,

New York, who I will absolutely have no affiliation with. Permanent

Orders were put in place for my protection against this "family"

Organizing racketeering around me, in New York, and Morgan

Laundered money from a Joe Garett, by using this money to

Trafficking the heroin, from the heroin pipeline that ran from New Jersey

To Syracuse, New York. As you can see in the evidence she has had

Multiple in heroin trafficking, in which the money from Joe Garett, was

Used to launder further heroin trafficking, when I personally told Joe

Garett to stop doing this. He refused. He was told not to bail her out

At the Federal holding center in Syracuse, NY, as my family went to

Visit her. She had all intentions of using heroin upon her release, my

Aunt said she is going to sit, I told this to Joe Garett, and he refused

To act in a manner that stabilizes health and safety as upon her immediate

Release she back involved in shooting up heroin, laundering, rackets,

Trafficking, gang involvement, with the most dangerous gang in

Syracuse, New York, The Brickhouse Gang, who actually went down

And kicked the doors in at her sisters apartment beating her than dealer

Boyfriend, as she tried to save the dog, all out on bail. In another

Occrurance, she stole her sister;s automobile and went on a high

Speed chase with law enforcement compromising the safety of

The public as I was forced to side with her sister, as she stole her car.

Morgan was not happy that I have chosen that her actions are outrageous

And I don't approve of the misuse of police power, she is getting

Privilege by Joe Brancato because her fathers family is involved

In a racketeering ring in the City of Oswego. I don't agree with this

Activity so they have retailiated. That's why Joe Brancato is giving

Her pull, her life compromises my integrity, my health, my safety, as

I have an absolute to disassociate with organized crime and she is the

Heart of it and I don't want to know anymore that I have to. I should

Not be subjected to this kind of activity, threats that she is going to

Destroy my relationship because of organized crime.Her father's family

Ran bets for the one time Oswego County Legislature, Len Ponzi, and

They made my life so unbearable I cannot be anywhere near them

Because this activity infiltrates, trafficking of drugs, dangerous gang

Affiliation and now I face retailiation because she tried to extort money.

My father, Tim O'Neil, purchased Morgan O'Neil a motor vehicle and

Her and fellow gang members set it on fire in Syracuse, New York, This

Demonstrates the motive as to why she is doing it, how the pull is

Transpired, and why the defendants are organizing against me so

Much so we are here and they can defend these acts and keep me

Out of them. So out of corruption they influence these people to

Do horrible things to me because I refuse to engage in this conduct.

I am the only one who has stood up and said, enough.

### RELIEF REQUESTED

Damages in the amount of $1,000,000 for decalatory relief

Compensatory damages in the amount of $1,000,000. Treble damages

An order restraining such organized and demised corrupt misuse of

Power by conspirators. An order removing Officer Joe Brancato from

Professional duties, and any other relief the courts deem fair, reasonable,

And just.

Dated: December 27, 2020

Aimee O'Neil
9717 Sandmist Avenue
Las Vegas, Nevada 89134
702-302-0481