UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AIMEE O'NEIL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF OSWEGO,<br><br>　　　　　　　Defendant. | Case No. 2:20-cv-02362-KJD-NJK<br><br>ORDER |

　　　Before the Court for consideration is the Report and Recommendation (#3) of Magistrate Judge Nancy J. Koppe entered January 7, 2021, recommending that Plaintiff's action be dismissed with prejudice as frivolous and delusional. The Report also recommends denying Plaintiff's Application to Proceed *IFP* (#1) be denied as moot. Though the time for doing so has passed, Plaintiff has failed to file objections to the report and recommendation. Further, court mail addressed to Plaintiff has been returned "Not Deliverable as Addressed."

　　　The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The magistrate judge correctly determined that Plaintiff's complaint was frivolous and delusional. Therefore, the complaint is dismissed with prejudice. Alternatively, the Court would dismiss the complaint for Plaintiff's failure to update her address with the Court. The application to proceed *ifp* is moot. Thus, the Court determines that the Report and Recommendation (#3) of the United States Magistrate Judge entered January 7, 2021, should be **ADOPTED and AFFIRMED**.

　　　IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3) entered January 7, 2021, are **ADOPTED and AFFIRMED**;

　　　IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice**;

　　　IT IS FURTHER ORDERED Plaintiff's Application to Proceed *IFP* (#1) is **DENIED as**

1 **moot**.

2     DATED this 25th day of January 2021.

_____
The Honorable Kent J. Dawson
United States District Judge